# PENALTY SLIP

DEFENDANT NAME: **TIMOTHY ANDREW CASEY**

TOTAL NO. COUNTS:     2


VIO:   **18 U.S.C. § 2252A(a)(2)**
       **Receipt of Child Pornography (Count 1)**

PENALTY: **CAG not less than 5 years nor more than 20 years;**
         **and/or $250,000 fine;**
         **up to life supervised release (18 U.S.C. § 3583(k));**
         **a $100 special penalty assessment;**
         **registration as a sex offender**


VIO:   **18 U.S.C. § 2252A(a)(5)(B)**
       **Possession of Child Pornography (Count 2)**

PENALTY: **CAG not more than 10 years;**
         **and/or $250,000 fine;**
         **up to life supervised release (18 U.S.C. § 3583(k));**
         **a $100 special penalty assessment;**
         **registration as a sex offender**


VIO:   **18 U.S.C. § 2253**
       **Forfeiture Allegations**

       **Forfeiture of:   Three (3) removable SanDisk Cruzer USB storage devices, serial numbers: 48598213E00323EF, 20060572721DC9A31A41, and 20043513420F4F7016E2**


CASE NO.   **CR-13-138-RMP-1**
_____

AUSA INITIAL _____