PROB 12C
(6/16)

Report Date: May 12, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 12, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Timothy Andrew Casey     Case Number: 0980 2:13CR00138-RMP-1

Address of Offender: ███████████████, Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: February 10, 2014

| | | |
|---|---|---|
| Original Offense: | Receipt of Child Pornography, 18 U.S.C. § 2252(A)(a)(2) | |
| Original Sentence: | Prison - 60 Months; TSR - 240 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: July 19, 2018 |
| Defense Attorney: | Andrew M. Wagley | Date Supervision Expires: July 18, 2038 |

### PETITIONING THE COURT

**To issue a SUMMONS**.

On July 13, 2018, Mr. Timothy Andrew Casey signed his conditions relative to case number 2:13CR00138-RMP-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #3**: The defendant shall answer truthfully all inquires by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: Mr. Casey is alleged to have violated standard condition number 3 by being dishonest about his Internet browsing behavior and history when confronted by the undersigned officer on May 8, 2023.<br><br>Specifically, on May 8, 2023, the undersigned officer received and reviewed the client's weekly Internet monitoring report, summarizing the client's Internet browsing history from the past week by providing screen shots of both random and identified concerning content from the client's device.<br><br>Specifically of note was a search conducted by the client on a movie review database for the movie "sex school: student bodies." The undersigned officer viewed the movie review page in question and after viewing a portion of the movie elsewhere, observed the film to be pornographic in nature. |

Prob12C
Re: Casey, Timothy Andrew
May 12, 2023
Page 2

In response to the discovery, the undersigned officer made contact with the client telephonically and confronted Mr. Casey as to the identified concern. Mr. Casey denied viewing the page in question, and even specifically denied having at any point searched for such content or anything similar. Mr. Casey denied that he was struggling with wanting to view such content or experiencing triggers associated with any behavior contrary to the Court's ordered conditions or similar to previous offense cycle behavior.

Following the call, the undersigned officer continued to investigate the client's alleged actions and further located an updated screen shot collected by the client's monitoring software that was obtained from the client's device only minutes before the undersigned officer's call. The image appeared to reflect the client viewing content containing an adult female posing for the camera who was naked from the waist up. Given the timing of this identified content, it is very possible that this officer interrupted the client's viewing of such content during this officer's call, yet Mr. Casey made no mention of it when confronted and in fact denied that he was struggling in this capacity. Mr. Casey was again contacted, this time via text messaging, and directed to report to the U.S. Probation Office the following day for further dialogue.

On May 9, 2023, Mr. Casey reported to the U.S. Probation Office as directed and did present his cell phone for inspection. As a part of this officer's search of the device, numerous concerns were identified, to include the client having conducted searches on the previously identified movie review database for such phrases as "Asian nudity," "NC-17," "X watched," and "sex school: student bodies," to name a few. In addition, this officer located a DVD in his wish list on Amazon, which appeared to be a movie featuring nude images of adult females. Further, this officer determined that the client had viewed multiple videos of adult female strippers in which the subjects presented in various states of undress. While the videos did not appear to present sexually explicit conduct, the client's intentional viewing of such content in conjunction with his failure to admit this conduct presents as a significant concern. It was also observed that the client had attempted to research and then visit a website previously known to host child pornography.

Mr. Casey was questioned about his behavior as identified herein. Mr. Casey admitted to previously being untruthful with the undersigned officer, and additionally admitted to having viewed approximately three videos that reflected adult females stripping, as well as his having attempted to view a website previously known to him to host child pornography. Mr. Casey responded that he simply wanted to see if the website was still up. When questioned as to how he would've proceeded if the website was in fact found to be still active, he responded, "I hope I would have left." Mr. Casey indicated that he was unsure why he had engaged in such behavior, and indicated that he was unable to identify any triggering event that was responsible. Mr. Casey remains steadfast in his denial that he has viewed sexually explicit or pornographic content.

The U.S. Probation Office respectfully recommends the Court **issue a <u>SUMMONS</u>** requiring the offender to appear to answer to the allegation(s) contained in this petition.

Prob12C
Re: Casey, Timothy Andrew
May 12, 2023
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  May 12, 2023

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[x]  The Issuance of a Summons
[ ]  Other

Rosanna Malouf Peterson

Signature of Judicial Officer

5/12/2023

Date